ACCEPTED
01-17-00316-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 8:23 AM
CHRISTOPHER PRINE
CLERK

No. 01-17-00316-CV

IN THE FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 8:23:44 AM
CHRISTOPHER A. PRINE
Clerk

WES GILBREATH, JR., *ET AL.*,

*Appellants*,

v.

LISA R. GILBREATH HORAN, Individually and as Trustee of the LISA GILBREATH HORAN 2001 IRREVOCABLE TRUST,

*Appellee,*

Appeal from the 80th District Court of Harris County, Texas
Trial Cause No. 2013-74857

**APPELLEE'S RESPONSE IN OPPOSITION TO THE COMPANY APPELLANTS' MOTION FOR LEAVE TO EXCEED WORD COUNT LIMIT FOR APPELLANTS' REPLY BRIEF**

Appellee objects to the Company Appellants' request for a 40% increase to the length of their reply brief, from 7,500 words to 10,500 words.

The Company Appellants' justifications for their request are invalid. They suggest that Appellee violated Tex. R. App. P. 9.4(i)(2)(B) by filing two Appellees' Briefs—both within the 15,000-word limit—in response to the *two separate Appellants' Briefs* filed in this case, both of which are lengthy (the

Company Appellants' Brief is 14,952 words; the Individual Appellants' Brief is 11,746 words; and both briefs incorporate sections of the other). Appellants' theory is that the Rules allow *each group of appellants* to file a 15,000-word opening brief and a 7,500-word reply brief, with a maximum of 27,000 words (thus allowing the Appellants in this case up to 30,000 words for their opening briefs, with a maximum of 54,000 words, since there are two groups of appellants), but strictly limit Appellee to 27,000 words in responding to *both groups*. This interpretation of the Rules is patently unreasonable and cannot be correct.

The Company Appellants also suggest that they require thousands of additional words for their reply brief because Appellee submitted an excessive amount of briefing. But again, that is incorrect. Appellee's Brief in Response to the Company Appellants' Brief is 14,715 words—237 words *shorter than* the Company Appellants' Brief. Even including the sections of Appellee's Brief in Response to the Individual Appellants' Brief that Appellee incorporated by reference (mostly the Statement of Facts), Appellee is well below the 27,000-word maximum.

The reason so much briefing has been submitted in this appeal is because Appellants chose to assert an objectively excessive number of issues. The Company Appellants' Brief raises *twenty-eight* points of error, and the Individual Appellants' Brief raises an additional thirteen points of error. Despite the excessive

number of issues asserted, Appellee managed to respond within the 15,000-word limit. The Company Appellants should not be permitted to now gain an unfair advantage, after Appellee has submitted her briefs, by obtaining a significant increase to the length of their *optional* reply brief. The Company Appellants' motion should be denied.

Respectfully submitted,

*/s/ J. Stephen Barrick*

J. Stephen Barrick
State Bar No. 00796168
sbarrick@hicks-thomas.com

HICKS THOMAS LLP
700 Louisiana Street, Suite 2000
Houston, Texas 77002
(713) 547-9100
(713) 547-9150 (Fax)

**ATTORNEYS FOR APPELLEE**
**LISA GILBREATH HORAN**

## CERTIFICATE OF SERVICE

I certify that on May 25, 2018, a copy of this document was served upon the following counsel via electronic service:

Kevin Dubose
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
kdubose@adjtlaw.com

*Counsel for Individual Defendants/Appellants*

Lauren B. Harris
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
lharris@porterhedges.com

*Counsel for Company Defendants/Appellants*

*/s/ J. Stephen Barrick*